Terrence J. WALSH, Sr. and Robert McCarthy, Plaintiffs/Respondents,

v.

OWENS–CORNING FIBERGLAS CORPORATION, Defendant/Appellant.

No. 73168.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1998.

Ann E. Buckley, Thomas L. Orris, Armstrong Teasdale, St. Louis, for appellant.

Andrew O'Brien, James P. Holloran, St. Louis, for respondent.

Before WILLIAM H. CRANDALL Jr., J., CLIFFORD H. AHRENS, J. and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Defendant Owens–Corning Fiberglass Corporation ("Owens–Corning") appeals from a judgment entered after a jury verdict in favor of plaintiffs Terrence J. Walsh, Sr. ("Walsh") and Robert McCarthy ("McCarthy"). The jury found Owens–Corning liable for causing the plaintiffs' health problems which were associated with exposure to as-

bestos. Owens–Corning argues that (1) the statute of limitations barred the plaintiffs from bringing their claim, and (2) the trial court erred in refusing to grant Owens–Corning's motions for remittitur.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).